## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAMMERHEAD DISTRIBUTION INCORPORATED d/b/a MORRIS GINSBERG COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, COMMONWEALTH CONSTRUCTION CO., INC., BEST INTERNATIONAL CONSTRUCTION CO., INC. and KYU H. PARK,<br><br>Defendants. | Civil Action No. 11-1160-SLR-SRF |

## REPORT AND RECOMMENDATION

At Wilmington this 15th day of February, 2013, a Renewed Motion for Entry of Default Judgment Against Kyu H. Park ("Park") having been filed by Plaintiff (D.I. 35), and the Clerk having entered an Entry of Default in Appearance as to Park on March 14, 2012 (D.I. 20), and a chapter 13 bankruptcy petition having been filed by Park on April 30, 2012,[1] I recommend that the court deny Plaintiff's motion without prejudice to renew upon a showing that Plaintiff's claim was not asserted and discharged in Park's bankruptcy proceeding.

This Report and Recommendation is filed pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b)(1), and D. Del. LR 72.1. The parties may serve and file specific written objections within fourteen (14) days after being served with a copy of this Report and Recommendation.

---

[1]On April 30, 2012, Park filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, Case No. 12-18035. (D.I. 27 at 1)

Fed. R. Civ. P. 72(b). The failure of a party to object to legal conclusions may result in the loss of the right to de novo review in the district court. *See Henderson v. Carlson*, 812 F.2d 874, 878-79 (3d Cir. 1987); *Sincavage v. Barnhart*, 171 F. App'x 924, 925 n.1 (3d Cir. 2006).

The parties are directed to the Court's Standing Order In Non-Pro Se Matters For Objections Filed Under Fed. R. Civ. P. 72, dated November 16, 2009, a copy of which is available at http://www.ded.uscourts.gov/court-info/local-rules-and-orders/general-orders.

Dated: February 15, 2013

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE

2