IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAMMERHEAD DISTRIBUTION INCORPORATED d/b/a/ MORRIS GINSBERG COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF, AMERICA, COMMONWEALTH CONSTRUCTION CO., INC., BEST INTERNATIONAL CONSTRUCTION CO., INC. and KYU H. PARK,<br><br>  Defendants. | Civ. No. 11-1160-SLR/SRF |

**O R D E R**

At Wilmington this 11th day of March, 2013, having considered the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on February 15, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 39) is adopted.

2. Plaintiff's renewed motion for entry of default judgment against defendant Kyu H. Park ("Park") is denied without prejudice to renew upon a showing that plaintiff's claim was not asserted and discharged in defendant Park's bankruptcy proceeding.

_____
United States District Judge