IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HAMMERHEAD DISTRIBUTION INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 11-1160-SLR/SRF<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 30th day of May, 2013, having considered the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on May 3, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 42) is adopted.

2. The Clerk of Court is directed to administratively close this action.

_____
United States District Judge